# EXHIBIT A



# LIFE INSURANCE POLICY

## GANDY S KAYDEA

23 366 398

INSURED: GANDY S KAYDEA
POLICY NUMBER: 23 366 398
POLICY DATE: NOVEMBER 28, 2012

# New York Life Insurance Company (A Mutual Company founded in 1845)
51 Madison Avenue, New York, New York 10010 1-800-695-4331 http://www.newyorklife.com

New York Life Insurance Company will pay the benefits of this policy in accordance with its provisions. The pages which follow, the application and any riders or endorsements, are also a part of this policy.

**Right To Examine Policy** Please examine your policy. Within 10 days after delivery, you can return it to New York Life Insurance Company, or to the agent through whom it was purchased, with a written request for a refund of premium. Upon such request, the policy will be void from the start, and a full premium refund will be made. *(THIS PROVISION DOES NOT APPLY)*

**Premiums** The premiums payable for this policy are shown on the Policy Premium Schedule Data Pages. They are payable in accordance with the Premiums section.

**Effective Date Of Coverage** The Effective Date is the date the policy is delivered and the first premium is paid. Coverage does not begin until the Effective Date unless temporary coverage is obtained under a separate temporary coverage agreement.

**READ YOUR POLICY CAREFULLY FOR FULL DETAILS.**

This policy is executed as of the Issue Date shown on the Policy Information Data Page.

*[signature]*
President

*[signature]*
Secretary

**TERM LIFE INSURANCE POLICY**

Life Insurance Proceeds Payable At Insured's Death.
Term Policy Renewable Each Year To Age 90, As Stated In The Premiums Section.
Term Policy Convertible, As Stated In The Conversion Section.
Premiums Payable As Shown On Policy Premium Schedule Data Pages.

This Policy Is Eligible For Dividends. However, Dividends Are Not Expected To Be Paid.

ICC10-210-60

POLICY INFORMATION

INSURED **GANDY S KAYDEA**                                    AGE **23 MALE**

POLICY NUMBER **23 366 398**                                  CLASS OF RISK **SELECT PREFERRED**

POLICY DATE **NOVEMBER 28, 2012**                             ISSUE DATE **NOVEMBER 30, 2012**

OWNER    **INSURED**

PLAN  **NEW YORK LIFE LEVEL PREMIUM CONVERTIBLE TERM - 20 YEARS GUARANTEED LEVEL PREMIUM WITH DISABILITY WAIVER OF PREMIUM (WP)**

AMOUNT   **BASE POLICY FACE AMOUNT**                                              **$250,000.00**

BENEFICIARY
(subject to change) **FIRST - MASSIEL ORITZ - INTENDED SPOUSE - 100%**
                    **SECOND - JULIA KIAH - MOTHER - 100%**

AS DISCUSSED IN SECTION FIVE, DIVIDENDS ARE NOT GUARANTEED AND ARE NOT EXPECTED TO BE PAID ON THIS POLICY.

STATE INSURANCE DEPARTMENT PHONE NUMBER 401-462-9520

NEW YORK LIFE INSURANCE COMPANY
POLICY DATA PAGE 2

1060.IC-2

INSURED **GANDY S KAYDEA**                                    POLICY NUMBER **23 366 398**

## POLICY PREMIUM SCHEDULE

PREMIUMS PAYABLE AT MONTHLY INTERVALS, AS FOLLOWS (SEE ENDORSEMENT HEREON):

| BEGINNING AS OF 11-28-2012 POLICY YEAR | TOTAL POLICY PREMIUM## | BASE POLICY PREMIUM | WP#3 |
|---|---|---|---|
| 1-20* | $18.63 | $17.25 | $1.38 |

SEE NEXT PAGE FOR CONTINUATION OF POLICY PREMIUM SCHEDULE

* THE BASE POLICY PREMIUMS FOR THE FIRST 20 POLICY YEARS ARE LEVEL AND GUARANTEED AS SHOWN ABOVE AND ON THE CONTINUATION OF THE POLICY PREMIUM SCHEDULE. AFTER THE 20TH POLICY YEAR, THE SCHEDULED BASE POLICY PREMIUMS ARE SUBJECT TO CHANGE. HOWEVER, THE ACTUAL BASE POLICY PREMIUM DUE IN ANY POLICY YEAR AFTER THE 20TH POLICY YEAR WILL NEVER BE GREATER THAN THE MAXIMUM BASE POLICY PREMIUM SHOWN FOR THAT YEAR. SEE SECTION 4.4 FOR FURTHER DETAILS.

## THE TOTAL POLICY PREMIUM REQUIRED TO BE PAID FOR THE FIRST YEAR FOR ALL MODES AVAILABLE, IS SHOWN BELOW. THESE AMOUNTS INCLUDE THE AMOUNTS FOR ADDITIONAL RIDERS OR OTHER BENEFITS. PAYMENT OF THE TOTAL POLICY PREMIUM BY A MODE OTHER THAN ANNUAL WILL RESULT IN A HIGHER TOTAL PREMIUM PAID EACH YEAR.

| ANNUAL | SEMIANNUAL | QUARTERLY | MONTHLY | C-O-M |
|---|---|---|---|---|
| $205.20 | $108.81 | $57.78 | N/A++ | $18.63 (Premiums payable per modal period) |
| $205.20 | $217.62 | $231.12 | N/A++ | $223.56 (Total premiums payable per year) |

THE PREMIUMS SHOWN ABOVE INCLUDE THE FOLLOWING POLICY FEES - ANNUAL $50.00, SEMI-ANNUAL $28.00, QUARTERLY $16.50, MONTHLY $9.00, C-O-M $5.00 PER MODAL PREMIUM. PAYMENT BY A MODE OTHER THAN THE ANNUAL MODE WILL RESULT IN A HIGHER TOTAL PREMIUM BEING PAID EACH POLICY YEAR.
++ NOT AVAILABLE. DOES NOT MEET MINIMUM PREMIUM REQUIREMENTS.

THE STANDARD CONVERSION PERIOD FOR THE POLICY IS 10 YEARS AFTER THE ISSUE DATE.

#3 THE PREMIUM FOR THE DISABILITY WAIVER OF PREMIUM (WP) RIDER AFTER THE 20TH POLICY YEAR IS 8% OF THE PREMIUM FOR THE BASE POLICY AND ALL YCT AND/OR LCT RIDERS INCLUDED IN THE POLICY. YCT AND LCT RIDER PREMIUMS ARE INDICATED ON SEPARATE RIDER PREMIUM SCHEDULE DATA PAGES AND THESE AMOUNTS MUST BE ADDED TO THE POLICY PREMIUM AMOUNT. THE PREMIUM FOR THE WP RIDER WILL INCREASE OR DECREASE WHEN THE POLICY AND/OR RIDER PREMIUMS CHANGE OR WHEN A YCT OR LCT RIDER IS ADDED OR DELETED FROM THIS POLICY. THE WP RIDER PROVIDES COVERAGE IN THE EVENT OF THE DISABILITY OF THE INSURED UNDER THE BASE POLICY ONLY. HOWEVER, A CHARGE FOR WP IS APPLIED TO ALL YCT AND LCT RIDERS. THE WP RIDER ENDS ON 11-28-2054.

INSURED **GANDY S KAYDEA**                          POLICY NUMBER **23 366 398**

## CONTINUATION OF POLICY PREMIUM SCHEDULE

AFTER THIS BASE POLICY IS IN EFFECT FOR 20 YEARS FROM ITS POLICY DATE, ALL SCHEDULED BASE POLICY PREMIUMS ARE SUBJECT TO CHANGE. HOWEVER, THE ACTUAL PREMIUM DUE IN ANY POLICY YEAR WILL NEVER BE GREATER THAN THE MAXIMUM BASE POLICY PREMIUM SHOWN FOR THAT YEAR.

SEE PREMIUMS SECTION STARTING ON PAGE 6 OF THE POLICY FOR FURTHER DETAILS.

PREMIUMS PAYABLE AT MONTHLY INTERVALS, AS FOLLOWS (SEE ENDORSEMENT HEREON):

| POLICY YEAR | SCHEDULED BASE POLICY PREMIUM | MAXIMUM BASE POLICY PREMIUM |
|---|---|---|
| 21 | $109.50 | $109.50 |
| 22 | $120.50 | $120.50 |
| 23 | $133.25 | $133.25 |
| 24 | $145.25 | $145.25 |
| 25 | $158.50 | $158.50 |
| 26 | $166.25 | $166.25 |
| 27 | $175.00 | $175.00 |
| 28 | $187.50 | $187.50 |
| 29 | $202.50 | $202.50 |
| 30 | $222.75 | $222.75 |
| 31 | $244.75 | $244.75 |
| 32 | $273.00 | $273.00 |
| 33 | $307.50 | $307.50 |
| 34 | $342.75 | $342.75 |
| 35 | $380.75 | $380.75 |
| 36 | $413.00 | $413.00 |
| 37 | $450.50 | $450.50 |
| 38 | $495.50 | $495.50 |
| 39 | $550.50 | $550.50 |
| 40 | $617.75 | $617.75 |
| 41 | $693.25 | $693.25 |
| 42 | $772.25 | $772.25 |
| 43 | $856.00 | $856.00 |
| 44 | $940.75 | $940.75 |
| 45 | $1,026.50 | $1,026.50 |
| 46 | $1,118.75 | $1,118.75 |
| 47 | $1,214.50 | $1,214.50 |
| 48 | $1,330.50 | $1,330.50 |
| 49 | $1,460.25 | $1,460.25 |
| 50 | $1,630.75 | $1,630.75 |
| 51 | $1,810.75 | $1,810.75 |
| 52 | $2,000.00 | $2,000.00 |
| 53 | $2,206.75 | $2,206.75 |
| 54 | $2,432.25 | $2,432.25 |
| 55 | $2,694.00 | $2,694.00 |
| 56 | $2,999.75 | $2,999.75 |
| 57 | $3,353.00 | $3,353.00 |
| 58 | $3,738.00 | $3,738.00 |
| 59 | $4,176.25 | $4,176.25 |
| 60 | $4,632.75 | $4,632.75 |
| 61 | $5,125.00 | $5,125.00 |
| 62 | $5,670.00 | $5,670.00 |
| 63 | $6,279.00 | $6,279.00 |
| 64 | $6,953.75 | $6,953.75 |

SEE NEXT PAGE FOR CONTINUATION OF POLICY PREMIUM SCHEDULE

*THE FINAL DATE FOR CONVERSION ON AN ATTAINED AGE BASIS IS 11-28-2022* AND ON AN ORIGINAL AGE BASIS IS 11-28-2017*.

**NEW YORK LIFE INSURANCE COMPANY**
POLICY DATA PAGE 2.1 (cont'd)

1060.IC-2.1

INSURED **GANDY S KAYDEA**  POLICY NUMBER **23 366 398**

## CONTINUATION OF POLICY PREMIUM SCHEDULE

| POLICY YEAR | SCHEDULED BASE POLICY PREMIUM | MAXIMUM BASE POLICY PREMIUM |
|---|---|---|
| 65 | $7,690.75 | $7,690.75 |
| 66 | $8,480.50 | $8,480.50 |
| 67 | $9,313.75 | $9,313.75 |
| 68 | THIS RIDER ENDS | |

10 IC-2.1

NEW YORK LIFE INSURANCE COMPANY
POLICY DATA PAGE 2.1 (cont'd)

INSURED **GANDY S KAYDEA**                              POLICY NUMBER **23 366 398**

## ADDITIONAL POLICY INFORMATION

AS DISCUSSED IN "CONVERSION ON AN ORIGINAL AGE BASIS" IN SECTION THREE, THE EXTRA PAYMENT FOR AN ORIGINAL AGE TERM CONVERSION WILL BE THE GREATER OF (A) PREMIUM VALUES ACCUMULATED AT A COMPOUND INTEREST RATE OF 6%, OR (B) A PERCENTAGE OF THE RESERVE FOR THE NEW POLICY OF 103%.

IN ADDITION, A CONVERSION CREDIT IS AVAILABLE FOR AN ATTAINED AGE CONVERSION DURING THE FIRST 5 YEARS THIS POLICY IS IN EFFECT. FOR CONVERSIONS TO A POLICY COVERING A SINGLE INSURED, THIS CONVERSION CREDIT IS 100% OF THE FIRST YEAR PREMIUM PAID FOR THIS POLICY. FOR CONVERSIONS TO A POLICY COVERING MORE THAN A SINGLE INSURED, THE CONVERSION CREDIT AVAILABLE IS 50% OF THE FIRST YEAR PREMIUM PAID FOR THIS POLICY.

AS DISCUSSED IN "REINSTATEMENT" IN SECTION FOUR, THE PERCENTAGE USED TO CALCULATE THE COST OF REINSTATEMENT IS 6%.

AS DISCUSSED IN "CONVERSION TO A PERMANENT POLICY" IN SECTION THREE, THE MINIMUM FACE AMOUNT FOR THIS POLICY IS $100,000.

**WE & YOU**

In this policy, the words "we", "our", "us" or "the company" refer to New York Life Insurance Company, and the words "you" or "your" refer to the Owner of this policy.

When you write to us, please include the policy number, the Insured's full name, and your current address.

## CONTENTS

| SECTION | PROVISIONS | PAGE |
|---|---|---|
|  | POLICY DATA PAGES |  |
| ONE | LIFE INSURANCE PROCEEDS | 4 |
| TWO | OWNER AND BENEFICIARY | 4 |
| THREE | CONVERSION | 5 |
| FOUR | PREMIUMS | 6 |
| FIVE | DIVIDENDS | 8 |
| SIX | PAYMENT OF POLICY PROCEEDS | 8 |
| SEVEN | GENERAL PROVISIONS | 9 |
|  | APPLICATION - Attached to the Policy |  |
|  | RIDERS OR ENDORSEMENTS (IF ANY) - Attached to the Policy |  |

Note:  This policy is a legal contract between the policyowner(s) and the Company.
**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

## SECTION ONE – LIFE INSURANCE PROCEEDS

**1.1 Life Insurance Proceeds** The proceeds payable under this policy include the face amount of this policy, as shown on the Policy Information Data Page, and the following (where applicable):

- any other benefits from riders payable because of the Insured's death, plus
- the part of any annual dividend earned from the last policy anniversary to the end of the policy month in which the Insured dies, plus
- any dividends left to accumulate at interest with us, plus
- any part of a premium paid for the period after the policy month in which the Insured dies, less
- the premium for one policy month if the Insured dies during a grace period or conversion period.

We will pay the life insurance proceeds to the beneficiary promptly when we have due proof that the Insured died on or after the Effective Date of this policy, subject to all of this policy's provisions. We will pay the life insurance proceeds in one sum. Further details are given in Section Six.

A claim for the life insurance proceeds includes a fully completed claim form and a certified death certificate or other lawful evidence providing equivalent information and proof of the claimant's interest in the proceeds. This claim must be made in writing at our Service Office or any other location that we indicate to you in writing.

## SECTION TWO - OWNER AND BENEFICIARY

**2.1 Owner** The owner of this policy is shown on the Policy Information Policy Data Page. In this policy, the words "you" and "your" refer to the owner. If the policy is owned by more than one person, the words "you" and "your" refer to all current owners of the policy.

**2.2 Successor Owner** A successor owner can be named in the application, or in a form we provide. The form and any other requirements must be completed and signed by you. If you die before the successor owner, the successor owner will become the new owner. If no successor owner survives you and you die before the Insured, your estate becomes the new owner.

**2.3 Change Of Ownership** You can change the owner of this policy in a form we provide. The form and any other requirements must be completed and signed by you. This change unless otherwise specified by you, will take effect as of the date you signed the form, subject to any payment we made or action we took before receipt of the change. When this change takes effect, all rights of ownership will pass to the new owner. Changing the owner or successor owner cancels any prior choice of owner or successor owner, but does not change the beneficiary.

**2.4 Beneficiary** The beneficiary for any life insurance proceeds is the person or entity named in the application, or in a notice you sign that gives us the information we need. If more than one beneficiary is named, they can be classed as first, second, and so on. If two or more are named in a class, their share in the proceeds is equal, unless you state otherwise. The stated shares will be paid to any first beneficiaries who survive the Insured. If no first beneficiaries survive, payment will be made to any beneficiary surviving in the second class, and so on.

If no beneficiary, for either all or part of the proceeds, survives the Insured, the right to those proceeds will pass to you. If you are deceased, this right will pass to your estate.

Page 4

1060.IC-4

## SECTION TWO - OWNER AND BENEFICIARY (continued)

**2.5 Change Of A Beneficiary** While the Insured is living, you can change a beneficiary by notifying us in writing. The notice must be signed by you and include the policy number, the name of the Insured, with the beneficiary designation clearly stated. This change, unless otherwise specified by you, will take effect as of the date you signed the notice, subject to any payment we made or action we took before receipt of the change. For example, if we make any payment before we record the change, we will not have to make the payment again.

**2.6 Simultaneous Death Of Insured And Beneficiary** Unless stated otherwise in the policy or in your signed notice that is in effect at the Insured's death, if any beneficiary dies at the same time as the Insured or within 15 days after the Insured but before we receive due proof of the Insured's death, we will pay the life insurance proceeds as though that beneficiary died first.

## SECTION THREE - CONVERSION

**3.1 Conversion To A Permanent Policy** You can exchange all or part of this term insurance policy without proof of insurability, subject to the provisions of this policy. This type of exchange is called a conversion. This policy can be exchanged for a new permanent life insurance policy that we make available for such conversion.

To make a conversion, we must receive your application (signed by the Insured and you), the first premium for the new policy and any other payment for the new policy no later than 31 days after the final date of conversion, as described in this section. If the Insured dies during this 31-day conversion period and this policy has not been converted, we will pay the life insurance proceeds of this policy for the Insured reduced by an amount equal to the premium for this policy for one policy month.

Any portion of this policy's face amount that is converted ends when the new policy takes effect. If only part of this policy's face amount is converted, the remainder may be continued under this policy if it meets our minimum face amount requirements, as shown on the Additional Policy Information Data Page. If it does not meet such minimum requirements, this policy and all riders attached to this policy will end.

The Insured's class of risk for the new policy will be the same as it was for this policy. If this policy is in a class of risk that is not available on the new policy as of the Policy Date shown on the Policy Data Pages of the new policy, the new policy's class of risk will be the best class the Insured would have qualified for under the new policy as of the Policy Date of this policy.

**3.2 Types Of Conversion** You can choose to convert either on an attained age or an original age basis. In either case this policy must be in effect with premiums paid to the date of conversion for the permanent life insurance policy you choose.

**3.3 Conversion On An Attained Age Basis** If you choose to convert this policy on an attained age basis, we will issue you a new policy. The new policy can be on any permanent life insurance product that we make available for such conversion and that is offered for sale by New York Life Insurance Company or one of its subsidiary companies on the date of conversion. The premium for the new policy will be based on the Insured's age and gender at the time of conversion and the premium rates currently in effect for the new policy that you choose in accordance with this section. The policy date for the new policy will be the date the conversion is made.

**Final Date For Conversion** The final date for conversion on an attained age basis is shown on the Continuation of Policy Premium Schedule Data Page.

## SECTION THREE – CONVERSION (continued)

**Conversion Credit** We provide a credit for conversion on an attained age basis to the new policy for only that amount of time shown on the Additional Policy Information Data Page. At the time of conversion, we will tell you the amount, if any, of the credit that will be applied to the new policy. The amount of the credit is determined as described on the Additional Policy Information Data Page.

**3.4 Conversion On An Original Age Basis** If you choose to convert this term policy on an original age basis, we will issue you a whole life policy that we make available for such conversion and that was offered for sale by New York Life Insurance Company or one of its subsidiary companies on the Issue Date of this term policy. The new policy will have the same provisions and be subject to the same limitations that apply to the whole life policies being offered for this type of conversion. The premium rates for the new whole life policy you choose and we offer for such conversion in accordance with this section will be based on the Insured's age and gender at the time this term policy was issued. The policy date for the new whole life policy and this term policy will be the same.

**Final Date For Conversion** The final date for conversion on an original age basis is shown on the Continuation of Policy Premium Schedule Data Page.

**Extra Payment** When this conversion is made, you must make an extra payment. This extra payment will be no more than the greater of: (a) the difference between the premiums (less any dividends) that would have been paid for the new policy and the premiums (less any dividends) actually paid for this policy, with each such premium value accumulated at an interest rate that is compounded annually; and (b) a percentage of the reserve for the new policy as of the date of conversion. The annual interest rate used to compute (a) and the percentage of the reserve used to compute (b) are shown on the Additional Policy Information Data Page.

**3.5 Contestable And Suicide Exclusion Periods** Except as noted below, any suicide exclusion or contestable period for the new policy that is issued under either type of conversion will be measured from this term policy's Issue Date. If the new policy is issued with a rider or with an additional amount of insurance, the suicide exclusion and contestable periods for such rider or additional amount of insurance will be measured instead from the Issue Date of the new policy.

**3.6 Available Riders With New Policy** You can have a Disability Waiver of Premium rider made a part of the new policy that is issued due to either type of conversion if one is in effect under this term policy on the date of conversion. The Insured must meet our issue age limits and must not be totally disabled as defined in the Disability Waiver of Premium rider in effect under this term policy. However, if the Insured has recovered from a total disability that had gone on for at least 6 months in a row, a Disability Waiver of Premium rider can only be added to a new policy for which premiums are payable to at least the Insured's age 100.

You can have an Accidental Death Benefit rider made a part of the new policy if one is in effect under this term policy on the date of conversion and if the Insured meets our issue age limits. The benefit amount of the new rider cannot be more than the benefit amount that ends under this term policy at the time of conversion.

No other riders can be made a part of the new policy unless we agree.

## SECTION FOUR – PREMIUMS

**4.1 Premium Payment** Each premium for this policy is payable in United States currency, while the Insured is living, on or before its due date, as shown on the Continuation of Policy Premium Schedule Data Page. Premiums are payable in advance at our Home Office or at one of our Service Offices. The first premium may also be paid to any one of our authorized agents in exchange for a receipt signed by the President or Secretary of the Company and duly countersigned by you.

## SECTION FOUR – PREMIUMS (continued)

Premiums can be paid at monthly modes by preauthorized bank arrangement (referred to as C-O-M in this policy), or every 3 months, 6 months, once each year, or by any other mode we make available. The premium rate for each of these modes is determined using the method in effect as of this Policy Date. You can change the premium mode by notifying us in writing at our Service Office and by paying the correct premium for the new mode.

**4.2 Grace Period** We allow 31 days from the due date for payment of every premium after the first premium. This is called a grace period. All insurance coverage continues during this grace period.

If a premium is not postmarked by the end of this grace period, this policy will lapse and all insurance will end. If the Insured dies during a grace period, we will reduce the life insurance proceeds by an amount equal to the premium for one policy month.

**4.3 Renewal Of Policy** You can renew this policy year by year by paying the premiums shown on the Policy Premium Schedule Data Pages.

**4.4 Right To Change Premiums** The premiums for this policy are level and guaranteed for the number of years you-selected on the application for this policy. This is also shown on the Policy Premium Schedule Data Pages. Scheduled Base Policy Premiums after the level and guaranteed period that you chose are not guaranteed. We have the right to change the Scheduled Base Policy Premiums that apply to the policy years after the level and guaranteed period that you chose, as explained below. Any such change will take effect on the policy anniversary that follows the date of the change.

For the years after the level and guaranteed period that you chose, we will review the Scheduled Base Policy Premiums yearly to determine if any premium changes should be made, based on changes in future expectations for items such as investment earnings, mortality, persistency and expenses, including federal and state taxes. Any change will apply to all policies in the same class, based on gender, class of risk, issue age and duration since issue of such insurance. Any change in Scheduled Base Policy Premiums will be made in accordance with the procedures and standards on file with the Interstate Insurance Product Regulation Commission.

The actual premium payable for the policy years that are not guaranteed may be different than the corresponding Scheduled Base Policy Premium shown for that year on the Continuation of Policy Premium Schedule Data Page. However, the actual premium payable will never be greater than the Maximum Base Policy Premium shown for that year.

**4.5 Cancellation Of Policy** If this policy is still in effect on the anniversary on which the Insured is age 90, it will end on that date. It will also end for nonpayment of premiums. You can cancel this policy at any time. If you cancel the policy prior to the due date of a premium, coverage will end on the date of your signed request for cancellation and we will refund any premium already paid for the remainder of the term period, on a pro-rata basis.

**4.6 Reinstatement** Within 5 years after lapse, you can apply to reinstate the policy if:
(a) You have not already cancelled it;
(b) The Insured is alive and
(c) The Insured's age is less than 90.

In order to reinstate the policy, we must have evidence of insurability for the Insured that is acceptable to us. All overdue premiums must also be paid with interest accrued from each of their due dates. This annual rate is shown on the Additional Policy Information Data Page.

We will not need evidence of insurability if we receive the required payment within 31 days after the end of the grace period, but the Insured must be living when we receive payment.

## SECTION FIVE – DIVIDENDS

**5.1 Dividend Eligibility** Although this policy is eligible to share in our divisible surplus, it is unlikely that any dividends will be payable on this policy. Each year we determine the policy's share of the divisible surplus, if any. This share, if any, is payable as a dividend on the policy anniversary, if all premiums due have been paid.

**5.2 Dividend Options** Each dividend can be applied under one of the 3 options listed below. Any option can be elected in the application. You can also elect or change the option for future dividends if you tell us in your signed notice.

1. **Dividend Accumulation** – Left with us to accumulate at interest. On each policy anniversary, we credit interest at the rate we set each year. This rate will be at least the rate required by law. Before the Insured's death, you can withdraw accumulations, with interest to the date of withdrawal. Any accumulations which we still have at the Insured's death will be added to the life insurance proceeds. If this policy lapses, we will pay you any accumulations we have in one sum.
2. **Premium Payment** – Applied toward payment of a premium, provided any balance of that premium is also paid when due. Any remaining dividend not used to pay a premium will be paid in cash.
3. **Cash** – Paid in cash.

**5.3 Automatic Dividend Option** If no other option is in effect when a dividend becomes payable, we will apply it as a dividend accumulation. If we pay a dividend in cash and the dividend check is not cashed within one year, that check will be void and we will apply the dividend as a dividend accumulation.

**5.4 Dividend At Death** As indicated above, it is not expected that there will be any dividends payable on this policy. However, in the unlikely event that there are any, the part of the annual dividend earned from the last policy anniversary to the end of the policy month in which the Insured dies will be part of the life insurance proceeds.

## SECTION SIX – PAYMENT OF POLICY PROCEEDS

**6.1 Payment Of Policy Proceeds** The proceeds of this policy will be paid in one sum, which will bear interest computed daily from the date of the Insured's death to the date of payment.

(a) Interest will accrue at the rate set by the company for interest credited on death benefit proceeds. In determining the effective annual rate, we shall use the rate in effect on the date of death.

(b) Interest will accrue at the effective annual rate determined in item (a) above, plus additional interest at a rate of 10% annually beginning with the date that is 31 calendar days from the latest of items (i), (ii) and (iii) below to the date the claim is paid, where it is:

    (i) The date that we received due proof of death;
    (ii) The date that we received sufficient information to determine our liability, the extent of that liability, and the appropriate payee legally entitled to the proceeds; and
    (iii) The date that legal impediments to payment of proceeds that depend on the action of parties other than us are resolved and sufficient evidence of the same is provided to us. Legal impediments to payment include, but are not limited to (a) the establishment of guardianships and conservatorships; (b) the appointment and qualification of trustees, executors and administrators; and (c) the submission of information required to satisfy state and federal reporting requirements.