UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | : : : |
| Plaintiff | : : |
| V. | : C.A. NO. 14-74S : |
| MASSIEL ORTIZ and JULIA KLAH | : : |
| Defendants | : |

**MASSIEL ORTIZ' WITHDRAWL WITHOUT PREJUDICE OF HER MOTION TO DISMISS THE CROSS-CLAIM OF JULIA KLAH**

Now comes Massiel Ortiz, pursuant to an agreement with Cross-Claimant Julia Klah, and hereby withdraws without prejudice t re-file her Motion to Dismiss the Cross-Claim of Julia Klah.

Respectfully submitted,

Massiel Ortiz
By her attorneys,

**/s/ Stephen A. Rodio**
**/s/ Michelle L. Felix**

Stephen A. Rodio (#3245)
Michelle L. Felix (#5787)
**RODIO & BROWN, LTD.**
2139 Broad Street
Cranston, RI  02905
Tel:    (401) 274-4040
Fax:    (401) 274-4099
email:  srodio@rodiobrown.com

Dated:  May 22, 2014

**CERTIFICATION**

I certify that the within document was electronically filed with the Clerk of Court on the 22nd day of May 2014, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

/s/ Michelle L. Felix (#5787)