UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff | : <br> : |
| V. | :    C.A. NO. 14-74S |
| MASSIEL ORTIZ and JULIA KLAH | : <br> : |
| Defendants | : <br> : |

## DEFENDANT MASSIEL ORTIZ'S OBJECTION TO PLAINTIFF NEW YORK LIFE'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant Massiel Ortiz and hereby objects to Plaintiff New York Life's Motion for Summary Judgment.

Respectfully Submitted,

MASSIEL ORTIZ
By her Attorneys,

**/s/ Stephen A. Rodio**
**/s/ Michelle L. Felix**
_____
Stephen A. Rodio (#3245)
Michelle L. Felix (#5787)
**RODIO & BROWN, Ltd.**
2139 Broad Street
Cranston, Rhode Island 02903
Tel:   (401) 274-4040
Fax:   (401) 274-4099
Email: srodio@rodiobrown.com
               mfelix@rodiobrown.com

Dated:  June 5, 2014

NEW YORK LIFE INSURANCE
COMPANY
V.
MASSIEL ORTIZ and JULIA KLAH
C.A. NO. 14-74S

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the within was forwarded by regular mail, postage pre-paid, on the 5th day of June, 2014 to the offices of:

| | |
|---|---|
| Richard K. Corley, Esq. | Brooks R. Magretten, Esq. |
| Corley & Associates | Pierce Atwood |
| 623 Post Road | 72 Pine Street |
| Warwick, RI 02888 | Providence, RI 02903 |

/s/ Michelle L. Felix (#5787)

2