UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NEW YORK LIFE INSURANCE : 
COMPANY, :
:
    Plaintiff :
:
V. : C.A. NO. 14-74S
:
MASSIEL ORTIZ and JULIA KLAH :
:
    Defendants :

### ORDER

Defendant Massiel Ortiz has moved to withdraw from the Registry of Court the sum of $250,000.00 that was deposited into the Registry by New York Life Insurance Company on October 26, 2015. There being no objection, it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. Defendant's Motion is granted.

2. The sum of $250,000 shall be released from the Registry of Court and paid to Massiel Ortiz, c/o Rodio & Brown, Ltd., 2139 Broad Street, Cranston, RI 02905.

ENTER: _[signature]_     ORDER: _[signature]_

Date: 11/24/15     Date: 11/24/15

NEW YORK LIFE INSURANCE COMPANY
v.
MASSIEL ORTIZ and JULIA KLAH

<u>CA NO. 14-74S</u>

                                              Respectfully submitted,

                                              Massiel Ortiz
                                              By her attorneys,

                                              /s/ Stephen A. Rodio
                                              _____

                                              Stephen A. Rodio (#3245)
                                              **RODIO & BROWN, LTD.**
                                              2139 Broad Street
                                              Cranston, RI   02905
                                              Tel:     (401) 274-4040
                                              Fax:    (401) 274-4099

Dated:   November 23, 2015           email:  srodio@rodiobrown.com


## CERTIFICATION OF SERVICE

    The undersigned certifies that the within document was electronically filed with the Clerk of Court on the <u>23th</u> day of <u>November,</u> 2015, and that it is available for viewing and downloading from the Court's electronic filing system.

                                                /s/ Stephen A. Rodio